UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy:

**FRANCISCO JOSE MONROY**                          Case No. 18-55640-tjt
                                                   Chapter 7
                                                   Hon. Thomas J. Tucker
                Debtor

---

### ORDER AUTHORIZING EMPLOYMENT
### OF TRUSTEE'S REAL ESTATE AGENT

Upon the review of the Application of K. Jin Lim, Trustee, for authority to employ real estate agent and for authority to enter into listing agreement, and it appearing to the Court that such employment is necessary and beneficial to the estate, then,

**IT IS HEREBY ORDERED** that K. Jin Lim, Trustee is authorized to employ Austin Black II of City Living Detroit as real estate agent and broker and to enter into a listing agreement for the sale of certain real property located at 1404 Longfellow, Detroit, MI 48206.

**Signed on February 27, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge