UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **FRANCISCO JOSE MONROY** | Case No. 18-55640-tjt |
| | Chapter 7 |
| Debtor | Hon. Thomas J. Tucker |

## ORDER AUTHORIZING COMPROMISE

**THIS MATTER** having come before the Court upon the Trustee's Motion for Order Authorizing Trustee to Compromise Estate's Interest in Nonexempt property (the "Motion"), Notice of the Motion having been served on all creditors and parties in interest listed on the court's mailing matrix, no objections nor requests for hearing having been filed, and the Court being otherwise duly advised in this matter,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Trustee is authorized to settle the estate's nonexempt interest in certain real property known as 1404 Longfellow, Detroit, MI 48206 for the sum of $23,000.00.

**IT IS FURTHER ORDERED** that the Court approves of the compromise as enumerated in the Motion, and determines that the estate's nonexempt interest in certain real property commonly known as 1404 Longfellow, Detroit, MI 48206, and legally described as:

The following described property situated in the City of Detroit, County of Wayne, State of Michigan, to-wit:

> Lot 262 Boston Boulevard Subdivision, as recorded in Liber 29, Page 23 of Plats, Wayne Count Records
>
> Tax I.D. No.: Item No. 002511 Ward 06;

**IS ABANDONED.**

**IT IS FURTHER ORDERED** that:

a. The Compromise is contingent upon entry of this Court's Order approving the same; and

b. Debtor shall within 30 days of entry of this order, make payment of $23,000.00 via check to "K. Jin Lim, Trustee" and deliver to K. Jin Lim, 176 S. Harvey St., Plymouth, MI 48170.

**IT IS FURTHER ORDERED** that if the Debtor defaults on timely delivery of the above amount, upon written notice of the default, sent to the Debtor, care of his counsel of record, and upon Debtor's failure to timely cure said default within 14 days, judgment in the amount of $23,000.00 (less any payments received prior to default), as well as attorney's fees and all other associated costs for the collection of the amount due shall enter against the Debtor.

**Signed on April 01, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge